JS6

FILED
CLERK, U.S. DISTRICT COURT

JUL 14 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MICHAEL LYNN STARK,<br><br>    Petitioner,<br><br>  v.<br><br>R. DIAZ,<br><br>    Respondent. | Case No. CV 10-04077 CJC (AN)<br><br>JUDGMENT |

For the reasons set forth in the related Order, IT IS HEREBY ADJUDGED AND DECREED THAT the Petition is dismissed with prejudice.

DATED: July 13, 2010

CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE